AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# United States District Court
## for the
## Western District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Case No. 00-CR-199-S |
| | ) | |
| Joachim Sylvester | ) | |
| | ) | |
| Defendant | | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: **Arrmon M. Askew, Jr.**
    2-E Packard Court
    Niagara Falls, New York

**YOU ARE COMMANDED** to appear in the United States District Court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the Court until the judge or a Court officer allows you to leave.

| Place of Appearance: | Courtroom No: |
|---|---|
| **United States District Court, Part IV**<br>**68 Court Street**<br>**Buffalo, New York 14202** | **Honorable William M. Skretny**<br>**United States District Judge** |
| | Date and Time:<br><br>**September 23, 2009, at 2:00 p.m.** |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Photo Identification

Date: _September 16, 2009_



*CLERK OF COURT*

---

The name, address, e-mail, and telephone number of the attorney representing the *(name of party)* _____
  U.S. Attorney's Office, Western District of New York  , who requests this subpoena, are:
    Thomas S. Duszkiewicz, Assistant United States Attorney
    138 Delaware Avenue, Buffalo, New York 14202
    716/843-5863
    Thomas.S.Duszkiewicz@usdoj.gov

Case No. **00-CR-199-S**

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* __Arrmon Askew Jr.__
was received by me on *(date)* __9/17/09__ .

☑ I personally served the subpoena on the individual at *(place)* __Holiday Inn Express Niagara Falls Blvd. Niagara Falls, NY__ on *(date)* __9/22/09__ ; or

☐ I left the subpoena at the individual's residence or usual place of above with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the subpoena on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because _____ ; or

☐ Other *(specify)*:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __9/22/09__

_____
Server's signature

__Timothy R Twarog__
Printed name and title

__68 Court St. Buffalo NY__
Server's address

Additional information regarding attempted service, etc.:
9/17/09 Attempted service Ms Daline French (Mother) stated Arthon does not live at 2E Packard. She will have him call me to arrange service
9/21/09 Endeavor Arrmon not there Mother states he works at Holiday Inn Express, V told them, he is working today 9/22
Cell# 205 7953